SM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN, DIVISION

WE THE PEOPLE OF THE UNITED )
STATES AND THE STATE OF )
ILLINOIS. )
REV. AlAxstAIR REED PRO'SE ON )
THE BEHALF OF PlAiNtiFFs And All )
PREtRIAL detAinees IN COOK COUNTY )
JAIL OR ANY COUNTY IN ILLINOIS )
GIOVERN J.B. PRitZKER )
COOK COUNTY PRESIDENT TONI )
PREPWINKLE, ON the BEHAlF OF All )
COOK COUNTY WORKERS, SHEIFFS )
DEPUTIES, Medical StAFFs, MENTAl )
HEAlth WORKERS, And Food stAFF. )
MAYOR LORI LIGHTFOOT, OF the )
City OF CHICAGO, ILLINOIS )
ON the BEHAIF OF All City )
WORKERS, POLICE OFFICER CHICAGO )
FIRE DEPARTMENTS, C.T.A WORKERS )
And CHICAGO PUblic school )
teAcHERS. PLAiNtiFFs )
    V.S. )
ATTORNEY GENERAL KWAMe RAOUL )
STATE's AttORNEY KIMBERLY. M. FOXX )
SHERRIF OF COOK COUNTY TOM DART )
CHIEF JUDGE TIMOTH.C. EVANS )
SUPERINTENDENT OF C.P.D DAVID Brown)

CASE NO:

**1:22-CV-2100**
**Judge Durkin**
**Magistrate Judge Valdez**
**PC10 Random Assignment**

**RECEIVED**



APR 21 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

)
SENATOR TAMMY DUCKWORTH )
        DEFENDANTS )
)
28 U.S.C.A. § 1361. )

WRIT OF MANDAMUS/PUBLIC POLICY

NOW COMES REV. ALAXSTAIR REED, PRO'SE PLAINTIFF AND ON the behalf of other PLAINTIFF WITHIN this MANDAMUS. The district courts SHALL have ORIGINAL JURISDICTION OF ANY Action in the NATURE OF MANDAMUS TO COMPEL AN OFFICER OR employee of the United STATES OR ANY AGENCY thereof to Perform their ADMINISTRATIVE duties owed to the PLAINTIFFS.

1.) AN BILL WAS PASS MARCH 2021; TO RAISE the PENSION OF ILLINOIS FIRE DEPARTMENT IS PREDOMINANTLY WHITE, WHICH, IS 18 U.S.C.A. § 242. DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, TO OTHER RACES AND citizens IN THE STATE OF ILLINOIS. ILLINOIS STATE CONSTITUTION OF 1970; ARTICLE 1: BILL OF RIGHTS, SECTION 2. DUE PROCESS AND EQUAL PROTECTION, No PERSON SHALL Be deprived OF LIFE, LIBERTY, OR PROPERTY WITHOUT DUE PROCESS OF LAW, NOR Be denied the equal PROTECTION OF the LAWS. UNDER 18 U.S.C.A § 242.

2.) WE THE PEOPLE OF the UNITED STATES OF AMERICA AND Citizens OF ILLINOIS, WOULD like SENATOR TAMMY DUCKWORTH PREPOS AN BILL to RAISE All ADMINISTRATION PENSIONS BY 20% NAMED thereof As, PLAINTIFFS WITHIN this MANDAMUS. WE THE PEOPLE WOULD like to SUGGEST NOT BY the expense OF ILLINOIS taxPAYERS BUT, that SENATOR TAMMY DUCKWORTH AND GENERAL

Assembly such, PRePos within this bill that said, Raise be cover by Fund Raising EVERY MONTH FOR the Next 5 YEARs TO SECURE THE PENSIONS OF All Administration And Plaintiffs within this MANDAMUS. UNDER 18 U.S.C.S. § 242.

3.) WE THE PEOPLE OF THE UNITED STATES AND Citizens OF ILLINOIS would like Also, within this bill AN 10% taxes BREAK FOR All Citizens IN the STATE OF ILLINOIS. Cover Also, BY FUND RAISING FOR 5 Years, three days out of each month, At OPEN VENDOR throughout ILLINOIS, such As, McCORMICK PLACE OR the United CENTER. THIS INClude ANY BUSINESS that WANT to Help SUPPORT this PUBLIC POLICY FOR Citizens IN ILLINOIS. THIS BILL will HELP THE Citizens OF ILLINOIS RECOVER FINANCIALLY FROM CORONAVIRUS PANdemic And epidemic. We the PEOPLE OF THE United states PRePos within this Bill that the FUND RAISING FOR All PLAINTIFF 20% PENSIONS RAISE Should be three days out of EVERY MONTH FOR 5 YEARS At ANY VENDOR IN ILLINOIS that SUPPORT this PUBLIC POLICY.

4.) WE THE PEOPLE OF THE UNITED STATES OF AMERICA And Citizens OF ILLINOIS would like AN "All Lives MATTER DAY" IN CHICAGO FOR All OF the VICTIMS OF GUN VIOLENE IN CHICAGO. WE Would like LEGislation that will SUPPORT AN Bill OR Bills CONCERNing HUMANS Rights FROM LOCAL AND STATE POLICE DEPARTMENTS dealing WITH EXCESS FORCE AND GUN VIOLENCE AGAINST

PEOPLE OF COLOR JUST BECAUSE, OF THEIR POLITICAL VENDOR OR VIEWS. (HAMPTON .V. CHICAGO, 484 F.2d 602) WE WOULD LIKE FOR "ALL LIVES MATTER GROUP" to do FUND RAISING THREE TIMES A YEAR FOR VICTIMS OF GUN VIOLENE FROM CHICAGO POLICE'S DEPARTMENT FAMILIES, AS WELL AS, FOR THE FAMILIES OF CHICAGO POLICES WHO, LOST THEIR LIVES IN LINE OF DUTY. WE WOULD LIKE THIS BILL OR LEGISLATION TO BE EFFECTIVE FOR FIVE YEARS WITH PEOPLE FROM THE COMMUNITY AND EACH ADMINISTR--ATION to HELP OVERSEE THE FUNDS FINANCIALLY. WE WOULD LIKE SENATOR TAMMY DUCKWORTH AND REV. ALAXSTAIR REED, AS C.E.O. OF "ALL LIVES MATTER GROUP IN CHICAGO" AND WE WOULD LIKE FOR SOCIAL ACCOUNTABILITY THERAPY GROUPS BE PROVIDED FOR THESE FAMILIES. 18 U.S.C.S § 241. BE GUARD AGAINST ANY COLLISION TOWARD THIS BILL OR LEGISLATION.

5.) WE PEOPLE OF THE UNITED STATE OF AMERICA AND CITIZENS OF ILLINOIS, AS PRETRIAL detainees HAS HAD OUR CONSTITUTIONAL RIGHTS VIOLATED BEYOND BIAS. THE COOK COUNTY COURTS SUSPENDED THE WRIT OF HABEAS CORPUS BECAUSE, OF THE CORONAVIRUS PANDEMIC. THE COOK COUNTY COURT HOUSE WAS CLOSED DURING THIS TIME 2020 AND 2021; NO JURIES TRIALS TOOK PLACE AND IF, NO JURY OR JURIES TRIALS THEN NO GRAND JURIES EITHER BECAUSE, ALL JURIES HAVE to BE SUMMONS ACCORDING TO THE LAW. THIS WAS AN DIRECT ASSAULT AGAINST OUR CONSTITUTION

OF THE UNITED STATES OF AMERICA ARTICLE VII AMENDMENT 5, 6, 7, AND 8, OF 1791; Also, AN ASSAULT AGAINST ILLINOIS STATE CONSTITUTION OF 1970; ARTICLE 1: BILL OF RIGHTS, SECTION 2. DUE PROCESS AND EQUAL PROTECTION, SECTION 7. INDICTMENT AND PRELIMINARY HEARING, AND SECTION 9. BAIL AND HABEAS CORPUS, SECTION 12. RIGHT TO REMEDY AND JUSTICE. COOK COUNTY COURTS VIOLATED 18 U.S.C.S. § 241, CONSPIRACY AGAINST CIVIL RIGHTS; 18 U.S.C.S. § 242, DEPRIVATION OF RIGHTS UNDER the COLOR OF LAW." THE CONSTITUTION AND the LAWS OF THE UNITED STATES (WHICH SHALL Be MADE IN PURSUANCE thereof) SHALL BE the SUPREME LAW OF THE LAND; AND THE JUDGES IN EVERY STATE SHALL Be BOUND thereby ANY THING IN THE CONSTITUTION." DURING THIS COURSE OF TIME COOK COUNTY COURTS WERE HANDLE OUT FALSE GRAND JURY INDICTMENTS AND DENYING PRETRIAL DETAINEES A RIGHT TO AN PRELIMINARY HEARING, BAIL, AND SPEEDY TRIAL, 725 ILCS 5/103-5 speedy TRIAL AND VIOLATed AMENDMENT VI OF tHE UNITED STATES OF AMERICA. THis INCLUDE I.D.O.C. detainees As well.

6.) WE the PEOPLE OF THE UNITED STATES OF AMERICA And citizens OF ILLINOIS, AS PRETRIAL DETAINEES IN COOK COUNTY JAIL ANY OR ANY OTHER COUNTY JAIL IN ILLINOIS WOULD LIKE FOR THIS HONORABLE

COURT TO ORDER ATTORNEY KWAME RAOUL AND COOK COUNTY STATE'S ATTORNEY KIMBERL.M. FOXX TO PRODUCE GRAND JURY INDICTMENT SUMMONS BY ILLINOIS SUPREME COURT RULE 412. Disclosure to the Accused, Both Federal AND STATE GRAND JURY INDICTMENT SUMMONS IN ILLINOIS FOR the Last 40 YEARS, TO MAKE SURE, WE THE PEOPLE OF THE UNITED STATES OF AMERICA AND Citizens OF ILLINOIS HAD IMPARTIAL JURIES ON the GRAND JURY ACCORDing TO THE UNITED STATES CONSTITUTION. AMENDMENT VI 1791 "IN All CRIMINAL PROSECUTIONS, the ACCUSED SHALL ENJOY the Right to A SPEEDY AND PUBLIC TRIAL, BY AN IMPARTIAL JURY OF the STATE AND DISTRICT Wherein the CRIME SHALL HAVE BEEN COMMitted." BRADY.V. MARYLAND, 373 U.S. 83, 87 10 L.Ed 2.d 215, 218, 83 S.Ct 1194, 1196-97 (1963) "PARAGRAPH (C) IS INCluded to COMPLY WITH the Constitutional Requirement that the PROSECUTION Disclose, "EVidence FAVORABLE to AN ACCUSED where the EViDeNce IS MATERIAL Either to GUILT OR to PUNISHMENT." 18 U.S.C.S. § 242,

7.) WE THE PEOPLE OF THE UNITED STATES OF AMERICA AND Citizens OF ILLINOIS, AS PRETRIAL Detainees IN Cook County Jail, countys IN ILLINOIS Surrounding AREAS AS, WELL. FEDERAL AND STATE JURISDICTION ASK this HONORABLE COURT TO ORDER ATTORNEY GENERAL KWAME RAOUL AND STATE'S ATTORNEY KIMBERLY

. M. FOXX, RELEASE OF EVERY MAN, WOMAN, AND JUVENILE, BOTH FEDERAL AND STATE WHO, HAS BEEN VICTIMIZE BY CONSTITUTIONAL AND CIVIL Rights VIOlATION FROM FAlse OR FAlSIFY GRAND JURY INDICtMents tHe LAST 40 YEARS IN THE STATE OF ILLINOIS, UNDER 18 U.S.C.S § 241. Conspiracy AgAinst Rights AND UNDER, 18 U.S.C.S § 242. DEPRIVATION OF RIGHTS UNDER COLOR OF LAW. THE UNITED STATES OF AMERICA ConstitUtioN GRANt tHis ONly REMEDY FOR SUCH INJUSTICE Against Its, PEOPLE AND eveN FoReigns "BY tHe CONSTIT- -Ution AND FOR tHe constitution," UNDER Article VII AMENDMENTS 1, AMENDMENT 5, AMENDMENT 6, AMENDMENTS 7, AND AMENDMENT 8, AMENDMENT 14, OF OUR UNITED STATES CONSTITUTION OF AMERICA.

8.) WE tHe PEOPLE OF tHe UNITED STATES OF AMERICA AND Citizens OF ILLINOIS, As PRETRIAL Detainees IN COOK COUNTY JAil AND otHer JAils IN ILLINOIS Ask tHis HONORAble COURT ACCORD- -ING ILLINOIS ADMINISTRATIVE CODE section 701.110 Food serVices TO order SHERRIF TOM DART to given COOK COUNTY JAil detainees A Hot HEAlTH BREAKFAST. order SHERRIF TOM DART to give UNDERWEAR AND SOCKS to All detainees ACCording Section 701.100 Clothing, PeRonAl Hygiene, Grooming. ORDER SHERRIF TOM DART to give c/o AN Upgrade on Computers to do security More Better Section 701.140 ORDER to stop letting detainees OUT At UNSAfe HOURS

At Night OR PROVide SAfety FOR Release detainees getting out of JAil Late. Section 701.150 SAfety ORder SHERRIF TOM DARt to stop Housing IN INHumain Conditions, Section 701.80, PretriAl detainees HAve been FoRce to Live IN BAD conditions IN DiVison 2, 6, 9, 10, 11 IN Cook County JAil. ORder SHERRIF TOM DART to stop Deputies PASS out Food But, ORDer only Food staff to PASS out Food. Section 701.120 SANitAtion

9.) WE THE PEOPLE OF THE UNITED STATES OF AMERICA AND citizens OF ILLINOIS, would like FOR this HonoRAble couRt to oRder to Allow CHiCAGo POLICE'S DEPARtment And theiR ChildRen Go to ANY School DIstrict IN the City OF ChiCAGo, ILLINOIS AS well As, ANY otHeR AdMINistRAtion Within this MANDAMus. WHiCH, Is theiR Constitutional Rights OF the UNITED STATES OF AMERICA, AMendment 14, And ARticLE 1 Bill oF RIGHts, section 2. DUE PROCESS And equAL PRotection oF the LAW, 18 U.S.C. S. § 242, AND 18 U.S.C.S § 241.

10.) WE tHE PEOPLE OF THE UNITED STATES OF AMERICA AND Citizens OF ILLINOIs, As PReTRIAL Detainees HAS HAD OUR Constitutional RIGHts VIOLAted BY Cook County JUDGES OR CouRts. THeir HAve Been AN DePRivAtion OF OUR Rights UNder, tHe CoLoR OF LAW. THese JUDGES Have VIOLAted Code OF JUDICIAL CoNduct S.Ct RULE 63, CANON 3, AND HAve CoMMitted ADMINistRAtive Collision, WHile doing so. THeY HAve VIOLAted theiR "OATH OF OFFICE." COOK COUNTY

PreTrial detainees Have been deny their Constitutional
Rights to AN Preliminary examination 725 ILCS 5/109-3
During the course of the Coronavirus Pandemic. WE would
like All cases who been deny this Right Be DisMiss
IN the Court OF LAW.

11.) THE PLAINTIFFS OR PLAINTIFF Constitutional Right was
Violated to A FAIR And cross-section of the community
OF grand Juries And IMPARTIAL grand Jury. This
WAS A violation, the PlaintiFF REV. Alaxstair REED
WAS Place ON W.G.N MAIN STREAM MEDIA News
BeFORE, Probable CAuse was established BY the Presentment
And Indictment OF A Grand Jury. This WAS A Violation
OF the Petitioner FiFTH Amendment And sixth Amend-
-Ment U.S. Constitutional Rights. IN HurtAdo .V.
California, 110 U.S. 516 the supreme court of the
United states [·522] Chief Justice SHAW Made Refer
TO JONES.V. Robbins, & GRAY, 329 the Chief Justice
Said, "The Right OF Individual citizens to be
secure FROM AN OPEN And public ACCusation of
CRIMe, AND FROM the trouble, expense, And Anxiety
OF A public trial Before, A Probable cause is
established BY the Presentment And Indictment of
A grand Jury, IN CAse of High offences, is
Justly As one of the securities to the Innocent
Against Hasty, Malicious, And oppressive public
Prosecutions, AND As one of the Ancient immunities
And PRivileges of English (U.S.) Liberty." TAYLOR.V.
Louisiana 419 U.S. 522, 530 (1975). HURtAdo.V. CALiFORNiA, 110

4.S. 516 ['522] 1884.

12.) THE state's Attorney KIMBerly. M. Foxx committed OFFiciAl Misconduct (720 ILCS 5/33-3 (b)(c) when she Conspire Against the Petitioner Constitutional Rights to A impartial And FAIR grand Jury when Allowing the Petitioner to Be Publicly Accused OF A Crime And Released this INFORMATION to W.G.N Media News Before PRObable Cause was established by the Presentment And Indictment of A grand Jury. (Six Amendment Violation of the 4.S. Constitution) This is Malicious PRosecution And Malicious Accusation leading to Malicious Motive. Lounder .V. JAcobs, 119 Colo 5/ 205 P.2d 236, 238.

Wherefore the PlAintiFF Rev. AlAxstAir Reed Asking this Honorable Court to GRANT this MANDAMUS/Public Policy, which, is very Constitutional to the benefit of society.

Dated: 4/14/22      /s/ [signature]

Subscribed And sworn to Before me this day Of

OFFICIAL SEAL
V DORSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/7/2025

Mr. Dorsy
NOTARY Public

Name: Rev. Alaystair Reed
ID#: 0268334
Div.: 08  Tier: 4-H
P.O. Box 089002
Chicago, IL 60608

04/21/2022-12

**LEGAL MAIL**

RECEIVED

APR 21 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NEOPOST
04/15/2022
US POSTAGE $000.73⁰

FIRST-CLASS MAIL

ZIP 60608
041M11297257

United States District Court
219. S. Dearborn Street
Chicago, IL 60604

20th Floor

LEGAL MAIL

1:22-CV-2100
Judge Durkin
Magistrate Judge Valdez
PC10 Random Assignment