Case: 1:22-cv-02100 Document #: 6 Filed: 07/12/22 Page 1 of 16 PageID #:35

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Rev. AlAxstaiR Reed

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

State's Attorney Kimberly M. Foxx
Sherrif Tom Dart
Attorney General Kwame Raoul

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**RECEIVED**

JUL 1 2 2022 CM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 22-Cv-2100
(To be supplied by the <u>Clerk of this Court</u>)

HON. THOMAS.M.DURKIN

**CHECK ONE ONLY:**            **AMENDED COMPLAINT**

___✓___   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Rev. Alaxstair Reed

   B. List all aliases: none

   C. Prisoner identification number: 2021033106G

   D. Place of present confinement: Cook County Jail

   E. Address: 2700 South California Ave, Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Kimberly M. Foxx
      Title: State's Attorney
      Place of Employment: Cook County Courthouse

   B. Defendant: Tom Dart
      Title: Sherrif
      Place of Employment: Cook County Jail

   C. Defendant: Kwame Raoul
      Title: Attorney General
      Place of Employment: Springfeild, IL

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Alaxstair Reed v. Vermilion County / Reed v. M Anderson et al

B. Approximate date of filing lawsuit: 2018, 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Alaxstair Reed

D. List all defendants: Reed v Foxes et al / Reed v. Sgt M. Anderson et al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern And Central of IL

F. Name of judge to whom case was assigned: Don't Remember

G. Basic claim made: Failur to Protect And excess force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): One dismiss And other still going Right Now.

I. Approximate date of disposition: Still waiting on one for 2022 the 2dd was done.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 3/28/21; Plaintiff Rev. Alaxstair Reed was arrest by Chicago Police and taken to Cook County Jail 3/31/21; Plaintiff was not Grand Jury Indict until 5/19/21; Plaintiff did not receive an preliminary hearing, which, is my Constitutional Rights. The State's Attorney office Kimberly. M. Foxx violated Plaintiff U.S. Constitutional Rights and Due Process of the 14 Amendment when she Grand Jury Indict Him with an false Grand Jury Indictment during the time of Covid 19 or Coronavirus Pandemic within 52 days of his arrest. It was impossible for the Plaintiff to be Grand Jury Indict because, the Cook County Courthouse was closed because, of the Pandemic. The Cook County Courthouse was not even doing Jury trials for almost two years with that being said, neither was there Grand Juries Also, because, of the Pandemic. The Sherrif Tom Dart could not summons Juries because of Coronavirus. Tom Dart and Kimberly. M. Foxx conspire against the Plaintiff Civil Rights→

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:22-cv-02100 Document #: 6 Filed: 07/12/22 Page 5 of 16 PageID #:39

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

And deprivation of (His) Rights under color of law by giving the Plaintiff an false Grand Jury Indictment during the time every court proceeding was shut down due to the Pandemic. The Plaintiff was was deprived of Life, Liberty and the Pursuit of Happiness of His U.S. Constitutional Rights. The Plaintiff Also, had his Privilege of Writ of Habeas Corpus violated, which is His Due Process of U.S. Constitutional Rights. The Plaintiff suffer a great due Process violation and miscarriage of Justice. The Plaintiff wrote many complaints to the Attorney General Kwame Raoul about these Constitutional violation. He is Responsible for Protecting my U.S. Constitutional Rights and Rights of Citizens. The Attorney General has done nothing to Protect my U.S. Constitutional Rights. Coronavirus don't overrule U.S. Constitutional Rights. Exhibit, A and B, C,.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

CoMPensAtoR dAMAges $ 500,000.00 foR UnLAWful And due PRocess DAY IN Cook CouNtY JAil And INJuNCtioN ORdeR foR HABeAS CoRPuS ViolAtioN ANd immediAtelY Release fRom Cook Cook JAil ANd dismissal of All CHARges AgAinst Him.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __JulY__, 20__22__

_Rev. Alastair Red_
(Signature of plaintiff or plaintiffs)

_Rev. AlAxstaiR Reed_
(Print name)

_20210331066_
(I.D. Number)

_Cook CouNty JAil_
_2700. S. CAliforNiA. Ave_
_CHicAgo, IL 60608_
(Address)

EXHIBIT C. U.S. Constitutional Rights
IN YEAR 2021.
EXHIBIT FOR Point 5, 6, 7.
An amended on behalf of U.S. Citizens

We the People of the United States, As Citizens IN the State of ILLINOIS, And As Pretrial detainees IN Cook County Courts And Jail, Freely exercise our Freedom of speech, to peaceably to Assemble, And to petition our Government as grievances concerning— Falsify Grand Jury Indictments being issue out IN Cook County Courts. The ILLINOIS Supreme Court Had Suspended Habeas Corpus Because, of the Coronavirus Pandemic And Cook County Courts House Has been Closed due to the Pandemic And No Jury trials Has took place And If their is no Jury trial neither can there be Grand Jury, with that be said, ~~~~~, All of the Grand Jury Indictments during 2020 And 2021 is Falsify And An Violation of Due Process And Constitutional Rights, As well As, Conspiracy Against Civil Rights 18 USCS § 241 United States Code Service, Free US From this Unlegal Slavery IN Cook County.

Print Names And I.D. Number

① CARMELD AVILES 20200514073 #20190717232
① JAVON MILLER
② CHARLES L. JOHNSON
③ COREY EVANS 20210330039
④ MARK QUILES 20191112038
⑤ RICHARD ROLLINS 60126
⑥ RICARDO HAYMOND
⑦ JAMON SMITH 2018090914
⑧ OSCAR DIAZ
⑨ ROBERTS 20120507189
⑩ Rev. Alaxstair Reed 20210331066
⑪ CARlitOR Belgoute
⑫ ISAIAH BECK
⑬ CARlos RIVERN
⑭ SIMON SIMM
⑮ JUSTIN COLLINS 2019-1018119
⑯ ZACHARY SKYLER SPEAR
⑰ EDUARDO PETNA
⑱ EDUARDO PENA
⑲ PATRICK TAYLOR
⑳ DERRICK WATSON
㉑ ALPHONSO WALTON
㉒ AARON J. MOORE 241201002
㉓ MICHAEL THOMPSON 20210613018
㉔ LAMON WILLIAMS
㉕ CHRISTOPHER Villa Gomez 20180331216
㉖ DAVID MORRIS JR
㉗ Rickery Rollins
㉘ Abel Majave
㉙ Humberto Martinez M
㉚ Edwert Esqivel

(38) Alexander Taylor
End, Shower 834704

1 Amendment 1791 An Petition on the behalf of U.S. Citizens

Exhibit A

## U.S. Constitutional Rights

We the People of the United States, As Citizen in the State of ILLINOIS, And Jail Freely exercise our Freedom of Speech, to peaceably to Assemble, And to Petition our Government As grievances concerning Falsify Grand Jury Indictments Being issue out in Cook County Courts. The ILLINOIS Supreme Court Had suspended Habeas Corpus Because of the Coronavirus Pandemic And Cook County Courts House Has been closed due to the Pandemic And No Jury trials took place at the time of the Pandemic. If their was No Jury trials neither could their be Grand Juries, As well, with that Being said, All of the Grand Jury Indictments During the time of the Pandemic (2020) And (2021) is False. Petition Due Procee Violation.

1. Rev. Alaxstair Reed 0268 / 339
2. Michael Robinson
3. Jerome Flagg 744 / 702
4. Robert Garrett 0142991
5. Carlos Martinez
6. Amalon R.
7. Sam (illegible)
8. Prince Rule Hill
9. Christopher Puente
10. Frank Davies, III
11. Mohammed Almoran 0844313
12. Rodrigo Ramirez 20211125012
13. Danny Simmons 148095 2021
14. Calvin L. Gant
15. Randale Truitt 20180715104
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.



1 Amendment 1/1: AN Petition on the behalf of U.S. Citizen IN Year 2020 2021; U.S. Constitutional Rights

EXHIBIT B

WE the People of the United States, As Citizen IN the state of ILLINOIS, And as Pretrial detainess, Moore's American citizen IN Cook County Jail And Courts, And Jail Freely Exercise our Freedom of speech, to Peaceably to Assemble, And to petition our Government As Grievances Concerning Falsify Grand Jury Indictments Being issue out IN Cook County Courts. Federal Rules of Criminal Procedure Chapter 606.02 Grandy Jury Procedure, "The Right to Indictment by A grand jury does not Apply to the states (Courts) Because, the Fifth Amendment Right to Indictment was not Incorporated by the Due Process clause of the Fourteenth" Hurtado v. California, 110 U.S. 516, 538, 4 S.ct. 111, 28 L.Ed. 232 (1884). ILLINOIS Courts Have Committed Administrative Collusion By (Obstruction of Administration of Justice) with these False court documents 18 U.S.C. § 1503, this is A conspiracy to defraud the united states, IN violation of 18 U.S.C. § 371. Free us from slavery: People of Color

1. Kendrick Lee Hughes SR  ID#20210609017
2. Jayleun Ross #20210629018
3. Deshawn McCraney #
4. Richard Tonolla #20210126082
5. Rev. Aliaxsthir Reed #026854 2021
6. Robert Barker
7. Jacob Johnson 20210509214
8. Tony Hampton 20200808091
9. Antonio Rosales 20161230002
10. Isaiah D McMiller 20210402016
11. Juan Pablo Madera 20210421054
12. Edwert Equivel 20200718029
13. Dweegne Thomas
14. Leo McGuirn
15. Alexander Tator
16. Christenson Mothe
17. Deantry Dunn
18. 
19. Keith Perkins
20. Adonis Veal
21. Torey Jones
22. Alan Ozhykkur
23. Ehab Ghram 83474  20170610061

Kenyate Jackson, 20210812033
Jovanny Martinez, 20181221166
Richard Vinet Jr. 20210624056
Giuseppe Indelicato 20210705096

Rev. Alaxstair Reed

7/3/22;

Dear, Clerk

I was, press for time can you please, send copies of All Legal documents back to me, please. please, Foward copies back to me.

Dated: 7/3/22;       /s/ Rev allexstearl

IN JESYS Name.
        Amen,

Rev. Alakstair Reed #20210331666
Cook County Jail
2700. S. California. Ave
Chicago, IL 60608

Legal
Mail
7/3/22.

Office of
Clerk of the U.S. District
United States Court
219 South Dearborn Street
Chicago, IL 60604










Legal Mail 2/3/22

Legal Mail



Legal Mail

Legal Mail